STATE of Missouri, Respondent,

v.

Mark KLINE, Appellant.

No. WD 59900.

Missouri Court of Appeals,
Western District.

Feb. 26, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Mark Kline appeals his conviction of one count of delivery of a controlled substance, § 195.211, RSMo. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).